IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-28 |
| vs. | ORDER |
| JOSHUA BRITT, | |
| Defendant. | |

This matter is before the Court on Defendant's, Joshua Britt's, Motion for Extension of Time to Reply. Filing 202. Defendant seeks a right of reply and the ability to do so within thirty days. Filing 202. Pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts, "[t]he moving party may file a reply to the respondent's answer or other pleading" and "[t]he judge must set the time to file." Accordingly, the Court will grant Defendant's motion.

IT IS ORDERED:

1. Defendant's Motion for Extension of Time to Reply (Filing 202) is granted;

2. Defendant shall file a reply brief on or before March 8, 2021, and

3. The Clerk of Court is directed to mail a copy of this Order to Defendant at the address of record for his current place of incarceration.

Dated this 5th day of February, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1