IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSHUA BRITT,<br><br>　　　　　　Defendant. | 8:19-CR-28<br><br>**JUDGMENT** |

　　In accordance with the Court's Memorandum and Order (Filing 215), Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing 190), Motion for Appointment of Counsel (Filing 196), Motion for Evidentiary Hearing (Filing 197), Motion for Discovery (Filing 200), and Motion for Compassionate Release (Filing 201) are all denied.

　　Dated this 11th day of March, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Brian C. Buescher
　　　　　　　　　　　　　　　　　　United States District Judge

1